BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 17-463 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| JASON VINCENT PROCTOR, | ) STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| Defendant. | ) |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on October 24, 2017, that the time between October 24, 2017, and November 14, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until November 14, 2017, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

IT IS SO STIPULATED.

DATED: October 30, 2017               BRIAN J. STRETCH
                                      United States Attorney

                                      _____/s/_____
                                      JULIE D. GARCIA
                                      Assistant United States Attorney

DATED: October 30, 2017

                                      _____/s/_____
                                      JODI LINKER
                                      Counsel for Defendant
                                      JASON VINCENT PROCTOR

# [PROPOSED] ORDER

As explained on the record at the status conference on October 24, 2017, the Court finds that the exclusion of the period from October 24, 2017, to November 14, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 10/31/17                       _____
                                      HON. RICHARD SEEBORG
                                      United States District Judge