STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant PROCTOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 17-0463 & 11-437 RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| JASON PROCTOR, | |
| Defendants. | |

On October 24, 2017, the parties in the above-captioned matters appeared before the Court for a status conference. At that time, the parties continued the case to November 14, 2017 for possible change of plea. The parties continue to work on a potential resolution of the matter, and believe that a short additional continuance will assist in that. Defense counsel also requires additional time to research and investigate the case. Accordingly, the parties jointly request that the matter be continued to December 5, 2017 at 2:30 p.m..

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from November 14 to December 5, 2017 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation

of counsel taking into account the exercise of due diligence, as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from November 14 to December 5, 2017 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

    SO STIPULATED.

Date: November 9, 2017

/S/
JULIE DUNCAN GARCIA
Assistant U.S. Attorney

Date: November 9, 2017

/S/
JODI LINKER
Attorney for Defendant Proctor

    IT IS SO ORDERED.

11/13/17
Date

RICHARD SEEBORG
United States District Judge