BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-463 RS |
| Plaintiff, | |
| v. | STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| JASON VINCENT PROCTOR, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on December 5, 2017, that the time between December 5, 2017, and December 12, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding such time will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

//

IT IS SO STIPULATED.

DATED: December 6, 2017  BRIAN J. STRETCH
United States Attorney

_____/s/_____
JULIE D. GARCIA
Assistant United States Attorney

DATED: December 6, 2017

_____/s/_____
JODI LINKER
Counsel for Defendant
JASON VINCENT PROCTOR

# [PROPOSED] ORDER

As explained on the record at the status conference on December 5, 2017, the Court finds that the exclusion of the period from December 5, 2017, to December 12, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 12/6/17

_____
HON. RICHARD SEEBORG
United States District Judge